A copy of this Order has been mailed to Pro Se Petitioner by Chambers

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH PLEASANT,

      Petitioner,

- against -            18 CV 10319 (CS) (LMS)

SUPERINTENDENT THOMAS GRIFFIN,    ORDER

      Respondent.

---

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**

  On May 28, 2020, the Court issued an Order lifting the stay in this habeas proceeding and granting Respondent 30 days to serve and file his answer to the additional claims raised in Petitioner's petition for a writ of error coram nobis. Docket # 24. The Order also directed Petitioner to serve and file his reply papers, if any, with respect to the entire habeas petition, as amended, within 30 days from the date on which he was served with Respondent's answer to the additional claims. Id. Respondent served and filed his supplemental papers on June 22, 2020. Docket # 26.[1] To date, Petitioner has not filed any reply papers.

  Accordingly, the Court hereby grants Petitioner until **October 26, 2020**, either to serve and file reply papers, or to inform the Court that he does not wish to do so.

Dated: September 25, 2020
   White Plains, New York

                 SO ORDERED,

                 Lisa Margaret Smith
                 United States Magistrate Judge
                 Southern District of New York

---

[1] Respondent's Affidavit of Service states that a copy of the Supplemental Affidavit In Opposition To Petition For Writ of Habeas Corpus was served upon Petitioner; it does not note whether the Supplemental Memorandum of Law was served upon Petitioner as well. However, the Supplemental Affidavit and exhibits thereto and the Supplemental Memorandum of Law, as well as the Affidavit of Service, were all filed together as Docket # 26. **Petitioner should inform the Court if he has not received a copy of the Supplemental Memorandum of Law.**