UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Joseph Pleasant,

                        Petitioner,                      **ORDER**

      -against-                        18 Civ. 10319 (CS)(AEK)

Superintendent Thomas Griffin,

                        Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This habeas proceeding has been reassigned to the undersigned.  On September 25, 2020, the Court issued an order that granted Petitioner until October 26, 2020, either to serve and file reply papers or to inform the Court that he does not wish to do so.  ECF No. 27.  To date, Petitioner has not filed anything in response to that order.  Accordingly, the Court grants Petitioner one final, additional 30-day period, until **January 7, 2021**, either to serve and file reply papers or to inform the Court that he does not wish to do so.

      The Clerk of the Court is directed to mail a copy of this order to pro se Petitioner.

Dated:  December 8, 2020
          White Plains, New York

                                          **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge