UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Joseph Pleasant,

                           Petitioner,                      **ORDER**

          -against-                          18 Civ. 10319 (CS)(AEK)

Superintendent Thomas Griffin,

                           Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On February 9, 2021, the Court ordered Respondent to serve his opposition papers, ECF No. 26, on Petitioner "at Clinton Correctional Facility <u>by no later than February 16, 2021</u> and to file proof of service on the docket." ECF No. 30. To date, Respondent has not filed proof of service, and thus, the Court does not know whether service was ever effected in accordance with its February 9 order. Accordingly, Respondent is hereby ordered to either file such proof of service, or submit a letter to the Court explaining why he has been unable to do so, <u>by no later than March 8, 2021</u>. Petitioner is reminded that, in accordance with the Court's February 9 order, he shall serve and file his reply, or inform the Court that he does not wish to file a reply, on or before March 23, 2021.

      The Clerk of the Court is directed to mail a copy of this order to <u>pro se</u> Petitioner.

Dated: March 4, 2021
       White Plains, New York

                                                    **SO ORDERED.**

                                             ANDREW E. KRAUSE
                                             United States Magistrate Judge